## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                           Case Number:

J & J Sports Productions, Inc., as Broadcast Licensee of
the November 10, 2007 Cotto/Mosley Program,
                                      Plaintiff,
        -against-
Jose A. Salgado, Sr., et al,         Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, J & J Sports Productions, Inc.

FILED
MAY 12, 2008         YM
08CV2719
JUDGE HART
MAGISTRATE JUDGE MASON

| | |
|---|---|
| NAME (Type or print) <br> Julie Cohen Lonstein, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Julie Cohen Lonstein | |
| FIRM <br> Lonstein Law Office, P.C. | |
| STREET ADDRESS <br> 1Terrace Hill, P.O. Box 351 | |
| CITY/STATE/ZIP <br> Ellenville, New York 12428 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 90784647 | TELEPHONE NUMBER <br> (845)647-8500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐