UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **November 10, 2007 Cotto/Mosley** Program,

    Plaintiff,

-against-

JOSE A. SALGADO, SR. a/k/a JOSE A. SALGADO, Individually, and as officer, director, shareholder and/or principal of CAZADORES RESTAURANTE, INC. d/b/a RESTAURANTE CAZADORES BAR & GRILL, and CAZADORES RESTAURANTE, INC. d/b/a RESTAURANTE CAZADORES BAR & GRILL,

    Defendants.

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

FILED
MAY 12, 2008  YM
08CV2719
JUDGE HART
MAGISTRATE JUDGE MASON

---

  COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: May 8, 2008
   Ellenville, New York

           **J & J SPORTS PRODUCTIONS, INC.**

         By: /s/Julie Cohen Lonstein
           JULIE COHEN LONSTEIN, ESQ.
           Attorney for Plaintiff
           Bar Roll No. 90784647
           LONSTEIN LAW OFFICE, P.C.
           Office and P.O. Address
           1 Terrace Hill : P.O. Box 351
           Ellenville, NY 12428
           Telephone: (845) 647-8500
           Facsimile: (845) 647-6277
           Email: Info@signallaw.com
           *Our File No. 07-16IL-N02V*