UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 10, 2007 Cotto/Mosley** Program,

        Plaintiff,

-against-

JOSE A. SALGADO, SR. a/k/a JOSE A. SALGADO, Individually, and as officer, director, shareholder and/or principal of CAZADORES RESTAURANTE, INC. d/b/a RESTAURANTE CAZADORES BAR & GRILL, and CAZADORES RESTAURANTE, INC. d/b/a RESTAURANTE CAZADORES BAR & GRILL,

        Defendants.

---

<u>**NOTICE OF DISMISSAL**</u>

Civil Action No. 1-08-CV-2719-WTH-MTH

      **PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: May 30, 2008
      Ellenville, New York

      **J & J SPORTS PRODUCTIONS, INC.**
      By: /s/   Julie Cohen Lonstein
      Julie Cohen Lonstein, Esq.
      LONSTEIN LAW OFFICE, P.C.
      Attorneys for plaintiff
      Office & P.O. Address
      1 Terrace Hill : P.O. Box 351
      Ellenville, New York  12428
      Tel: (845) 647-8500

**SO ORDERED** this ____ day of _____, 2008

_____
**HON. WILLIAM T. HART**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to the following counsel:

Michael C. Funkey, Esq.
2111 Plum St. Suite 301
Aurora, IL 60506

                                                 /s/   Julie Cohen Lonstein
                                               JULIE COHEN LONSTEIN