# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2719 | **DATE** | 6/5/2008 |
| **CASE TITLE** | J & J Sports Productions, Inc. Vs. Jose A. Salgado, et al. | | |

**DOCKET ENTRY TEXT**

This case is dismissed with prejudice and without costs as all matters in controversy have been settled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|